IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:17-CR-153-4 |
| | § | JUDGE THAD HEARTFIELD |
| RICARDO AVILEZ | § | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING DATE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION:**

COMES NOW, RICARDO AVILEZ, Defendant, by and through the undersigned Attorney and files the following Motion to Continue Sentencing Date and would show the Court as follows:

1. Mr. Avilez plead guilty to conspiracy to distribute and possess with intent to distribute 5 kilograms of cocaine, a violation of 21 U.S.C. § 841 (a)(1).

This case is currently set for Sentencing on August 21, 2018.

2. A Co-Defendant in Defendant's case has filed a Motion to Suppress Wiretap Evidence. A ruling by the Court sustaining the Motion to Suppress could result in a favorable resolution of Defendant's case. Therefore, Defendant requests that the sentencing in his case be postponed until a ruling has been made by the Court to Co-Defendant's Motion to Suppress Wiretap evidence.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court grant the relief requested hereinabove.

        Respectfully submitted,

        /s/ RUSSELL J. WRIGHT
        RUSSELL J. WRIGHT
        TBA#22055500
        P. O. BOX E
        SILSBEE, TEXAS  77656
        OFFICE#(409) 246-8844
        FAX   #(409) 246-1001
        EMAIL: russjwright@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered by electronic filing to Christopher Thomas Rapp, Assistant United States Attorney and all other attorneys who receive electronic filings for this case on this 13th day of August, 2018.

        /s/ RUSSELL J. WRIGHT
        RUSSELL J. WRIGHT

## CERTIFICATE OF CONFERENCE

Counsel for the Defendant has communicated with Christopher Thomas Rapp, Assistant United States Attorney, and he is not opposed to this motion being granted.

        /s/ RUSSELL J. WRIGHT
        RUSSELL J. WRIGHT