IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:17-CR-153-4 |
| | § | JUDGE THAD HEARTFIELD |
| RICARDO AVILEZ | § | |

### MOTION TO ADOPT CO-DEFENDANT'S MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes **RICARDO AVILEZ**, Defendant, by the through his attorney of record, Russell J. Wright, and files this Motion to Adopt Co-Defendant's Motion, and in support thereof would show the following:

**I.**

On August 10, 2018, a Co-Defendant filed a Motion to Suppress Wiretap Evidence in this case (Dkt. 172). Defendant has standing to bring this motion and the ruling in the case will directly affect Defendant's case. In the interest of justice, judicial economy and due process Defendant moves the court to allow him to join the Motion to Suppress filed as docket #172.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the court issue an order allowing him to adopt Co-Defendant's Motion to Suppress Wiretap Evidence in this case (Dkt. 172).

Respectfully submitted,

/s/ RUSSELL J. WRIGHT
RUSSELL J. WRIGHT
TBA#22055500
P. O. BOX E
SILSBEE, TEXAS 77656
Office#(409) 246-8844
Fax #(409) 246-1001

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered by electronic filing to Christopher Thomas Rapp, Assistant United States Attorney and all other attorneys who receive electronic filings for this case on this 13th day of December, 2018.

/s/ RUSSELL J. WRIGHT
RUSSELL J. WRIGHT

## CERTIFICATE OF CONFERENCE

Counsel for the Defendant has communicated with Christopher Thomas Rapp, Assistant United States Attorney, and he advised me that he will reserve his opinion as to the relief requested until after he has read the motion.

/s/ RUSSELL J. WRIGHT
RUSSELL J. WRIGHT